AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schmehl, Jeffrey L. | U. S. District Court, Eastern District of PA | 01/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

The Madison Building
Room 401, 400 Washington Street
Reading, PA 19601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judge | Commonwealth of Pennsylvania |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Berks County Employee Retirement Plan-Member presently receiving benefits. |
| 2. | 2013 | State Employee Retirement System-Member presently receiving benefits. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 01/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Berks County Employment Pension | $2,498.00 |
| 2. | 2013 | State Employee Retirement System Pension | $35,606.00 |
| 3. | 2013 | Administrative Office of Pennsylvania Courts, Salary | $79,798.93 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ., Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 01/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Target National Bank | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 01/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Affinity Bank Cash Accounts | A | Int./Div. | K | T | | | | | |
| 2. New Millenium Investments(X) | A | Int./Div. | J | T | | | | | |
| 3. - Apple, Inc | A | Int./Div. | J | T | | | | | |
| 4. - Baidu, Inc | A | Int./Div. | J | T | | | | | |
| 5. - Caterpillar, Inc | A | Int./Div. | J | T | | | | | |
| 6. - Dyadic International, Inc | A | Int./Div. | J | T | | | | | |
| 7. - Exxon Mobil Corp | A | Int./Div. | J | T | | | | | |
| 8. - Genta, Inc. | A | Int./Div. | J | T | | | | | |
| 9. - I Shares North American Resources , ETF | A | Int./Div. | J | T | | | | | |
| 10. - JP Morgan Chase & Co. | A | Int./Div. | J | T | | | | | |
| 11. - Penn National Gaming | A | Int./Div. | J | T | | | | | |
| 12. - Powershares QQQ ETF | A | Int./Div. | J | T | | | | | |
| 13. - Procter & Gamble Company | A | Int./Div. | J | T | | | | | |
| 14. - Sector Financial Select- Sector SPDR EFT | A | Int./Div. | J | T | | | | | |
| 15. - SPOR Gold Tows | A | Int./Div. | J | T | | | | | |
| 16. - TEVA Pharmaceutical Inds Ltd | A | Int./Div. | J | T | | | | | |
| 17. - Unilever PLC | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 01/30/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vanguard FTSE Emerging Markets ETF | A | Int./Div. | J | T | | | | | |
| 19. - Vanguard Reit Index ETF | A | Int./Div. | J | T | | | | | |
| 20. - Verizon Communications | A | Int./Div. | J | T | | | | | |
| 21. - Whole Food Market, Inc. | A | Int./Div. | J | T | | | | | |
| 22. Federated Kaufmann Fund C | A | Int./Div. | K | T | Buy | 08/14/13 | K | | |
| 23. Federated Equity Income C | A | Int./Div. | K | T | Buy | 08/14/13 | K | | |
| 24. Federated Kaufmann Large Cap C | A | Int./Div. | K | T | Buy | 08/14/13 | K | | |
| 25. Federated Kaufmann Small Cap C | A | Int./Div. | J | T | Buy | 08/14/13 | J | | |
| 26. Federated Auto Cash Mgmt Trust SS | A | Int./Div. | K | T | Buy | 08/14/13 | N | | |
| 27. Franklin Mutual Global Discovery | A | Int./Div. | K | T | Buy | 10/30/13 | K | | |
| 28. Templeton Growth | A | Int./Div. | K | T | Buy | 10/30/13 | K | | |
| 29. Templeton World | A | Int./Div. | K | T | Buy | 10/30/13 | K | | |
| 30. Templeton Foreign | A | Int./Div. | K | T | Buy | 10/30/13 | K | | |
| 31. Franklin Income | A | Dividend | K | T | Buy | 10/30/13 | K | | |
| 32. Jackson Black Rock Gobal | A | Int./Div. | K | T | Buy | 09/16/13 | K | | |
| 33. Jackson Agressive Growth | A | Int./Div. | K | T | Buy | 09/16/13 | K | | |
| 34. Jackson Growth | A | Int./Div. | L | T | Buy | 09/16/13 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 01/30/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds Growth Portfolio | A | Int./Div. | M | T | Buy | 04/22/13 | L | | |
| 36. Banco Santander S.A. Stock | A | Int./Div. | | | Sold | 05/29/13 | K | | |
| 37. Goldman,Sachs Growth Strategy Fund | A | Int./Div. | | | Sold | 04/10/13 | K | | |
| 38. Invesco Global Core Equity Fund | A | Int./Div. | | | Sold | 04/10/13 | J | | |
| 39. Invesco VanKampen American Value Fund | A | Int./Div. | | | Sold | 04/10/13 | K | | |
| 40. Morgan Stanley International Fund | A | Int./Div. | | | Sold | 04/10/13 | J | | |
| 41. Morgan Stanley Smith Barney Sprectrum Select LP | A | Int./Div. | | | Sold | 05/15/13 | J | | |
| 42. Morgan Stanely Smith Barney Sprectrum Technical LP | A | Int./Div. | | | Sold | 05/15/13 | J | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 01/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. New Millenium Investors is a small investment club that I have only been part of for 3 years. Any individual transactions that were involved never met the reporting threshold based upon my percentage ownership value. Therefore, they are not listed on this report. The listings in #3 through #21 are stocks/funds/ investments held by the club as of December 31, 2013 according to the last list provided and combined they represent holding #2. All individual funds and individual investments listed in the New Millenium investors are signified with a dash (-) in front of said funds/stocks/investments.

2. As to the Federated Accounts, #22 through 26 are various Federated Accounts that are part of my Federated Account.

3. As to the Franklin/Templeton Funds, #27 through #31 are various funds that are part of a Franklin/Templeton Account.

4. As to the JNL Persp Accounts, #32 through #34 are various funds that are part of a Jackson Life Insurance Company Account.

5. As to the American Funds, #35 as of 12/31/13 there was only 1 specific fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 01/30/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey L. Schmehl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544